No. 52027.—Eximport of America Co. et al. *v.* United States, protests 95910–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra*. As to the cheese similar to that passed upon in *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955), it was held that an allowance for the weight of the paper or foil, or both, should have been made by the collector from the net weight used in computing the duty thereon. The protests were sustained to this extent.

No. 52028.—J. Sammes *v.* United States, protest 96246–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation that certain items of the merchandise are similar in all material respects to the cheese the subject of *S. A. Haram* v. *United States* (17 Cust. Ct. 37, C. D. 1016), the claim at 5 cents per pound, but not less than 20 percent ad valorem, under paragraph 710, as modified by the trade agreement with Finland (T. D. 48554), was sustained. It was further stipulated that certain items of the merchandise are the same as the cheese involved in *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269. As to this merchandise it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese.